**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| **Kim M. Shields** | : | **Case No.: 17-21251** |
| | : | **Chapter 13** |
| **Debtor(s).** | : | **Judge Thomas P. Agresti** |
| | : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| | : | |
| | : | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

TO:   THE CLERK OF THE UNITED STATES BANKRUPTCY COURT, THE UNITED
STATES TRUSTEE, THE DEBTOR AND HIS ATTORNEY OF RECORD HEREIN
AND TO ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE, that pursuant to Bankruptcy Rules 2002 and 9007 and 11 U.S.C.

Section 102(1) and all other applicable law, the undersigned, as counsel of record for

Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for

MFRA Trust 2016-1, its successor and assigns ("Creditor"), a creditor of the above-named

Debtor and a party-in-interest in the captioned bankruptcy case, hereby requests that all notices

given or required to be given in this case, and all papers served or required to be served in this

case, be given to and served upon the undersigned at the following office, address and telephone

number:

> Karina Velter, Esquire
> MANLEY DEAS KOCHALSKI LLC
> P.O. Box 165028
> Columbus, OH  43216-5028
> 614-222-4921
> Atty File No.: 19-007885

The foregoing request includes not only the notices and papers referred to in the Rules specified

above, but also includes without limitation, orders and notices of any application, motion,

petition, pleading, request, complaint or demand, whether formal or informal, whether written or

19-007885_REG

oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, fax or

otherwise which affect or seek to affect in any way any rights or interest of the Debtor.

Respectfully submitted,

/s/ Karina Velter
Karina Velter, Esquire (94781)
Adam B. Hall
Sarah E. Barngrover
Edward H. Cahill
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina
Velter.
Contact email is kvelter@manleydeas.com

19-007885_REG