**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Case No.** 17-21251-TPA |
| Kim M. Shields, | ) **Chapter** 13 |
| **Debtor,** | ) |
| Kim M. Shields, | ) **Related to Claim No.** 3 |
| **Objector,** | ) **Related Document No.** 90 |
| vs. | ) **Hearing Date:** 05/15/19 @ 11:00 a.m. |
| Wilmington Trust, N.A. as Trustee | ) **Response Due:** 04/11/19 |
| for MFRA Trust, | ) |
| **Respondent.** | ) **Document No.** |

**NOTICE TO WITHDRAW
NOTICE OF HEARING AND RESPONSE DEADLINE  REGARDING MOTION OF
Kim M. Shields for DEBTOR'S OBJECTION TO THE NOTICE OF MORTGAGE
PAYMENT CHANGE DATED MARCH 4, 2019**

The Debtor wishes to withdraw the Notice of Hearing and Response Deadline Regarding Objection to the Notice of Mortgage Payment Change Dated March 4, 2019, filed March 25, 2019, at Document No. 90.

**Respectfully submitted,**

**Date:** March 27, 2019
**BY:** /s/ Donald R. Calaiaro
**Donald R. Calaiaro, Esquire, PA I.D. #27538**
dcalaiaro@c-vlaw.com
**BY:** /s/ David Z. Valencik
**David Z. Valencik, Esquire,   PA I.D. #308361**
dvalencik@c-vlaw.com

**CALAIARO VALENCIK
428 Forbes Avenue, Suite 900
Pittsburgh, PA  15219-1621
(412) 232-0930**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Case No.** 17-21251-TPA |
| Kim M. Shields, | ) **Chapter** 13 |
| **Debtor,** | ) |
| Kim M. Shields, | ) **Related to Claim No.** 3 |
| **Objector,** | ) **Related Document No.** 90 |
| vs. | ) **Hearing Date:** 05/15/19 @ 11:00 a.m. |
| Wilmington Trust, N.A. as Trustee | ) **Response Due:** 04/11/19 |
| for MFRA Trust, | ) |
| **Respondent.** | ) **Document No.** |

**CERTIFICATE OF SERVICE OF NOTICE TO WITHDRAW
NOTICE OF HEARING AND RESPONSE DEADLINE REGARDING MOTION OF
Kim M. Shields for DEBTOR'S OBJECTION TO THE NOTICE OF MORTGAGE
PAYMENT CHANGE DATED MARCH 4, 2019**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on March 27, 2019.

**Service by First-ClassMail**:
Kim M. Shields 1212 Harrow Hill Court Coraopolis, PA 15108
**Service by NEF:**
Karina Velter on behalf of Creditor Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2016-1; amps@manleydeas.com
James Warmbrodt on behalf of Creditor Fay Servicing as servicer for Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2016-1
bkgroup@kmllawgroup.com
Office of the United States Trustee; ustpregion03.pi.ecf@usdoj.gov
Ronda J. Winnecour; cmecf@chapter13trusteewdpa.com

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: First-Class Mail or Electronic Notification
If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

**Executed on:** March 27, 2019      /s/ Donald R. Calaiaro   _____
                                     **Donald R. Calaiaro, Esquire, PA I.D. #27538**
                                     **dcalaiaro@c-vlaw.com**
                                     /s/ David Z. Valencik_____
                                     **David Z. Valencik, Esquire,   PA I.D. #308361**
                                     **dvalencik@c-vlaw.com**
                                     **CALAIARO VALENCIK**
                                     **428 Forbes Avenue, Suite 900**
                                     **Pittsburgh, PA  15219-1621**
                                     **(412) 232-0930**