**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Case No.** 17-21251-TPA |
| Kim M. Shields, | ) **Chapter** 13 |
|     **Debtor,** | ) |
| Kim M. Shields, | ) **Related to Claim No.** 3 |
|     **Objector,** | ) **Related Document No.** 91 & 89 |
|     **vs.** | ) **Hearing Date:** 05/15/19 @ 11:00 a.m. |
| Wilmington Trust, N.A. as Trustee for MFRA Trust, | ) **Response Due:** 04/30/19 ) |
|     **Respondent.** | ) **Document No.** |

## CERTIFICATE OF SERVICE OF Order Dated March 26, 2019

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on March 26, 2019.

**Service by First-ClassMail:**
Kim M. Shields 1212 Harrow Hill Court Coraopolis, PA 15108
**Service by NEF:**
Karina Velter on behalf of Creditor Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2016-1; amps@manleydeas.com
James Warmbrodt on behalf of Creditor Fay Servicing as servicer for Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2016-1
bkgroup@kmllawgroup.com
Office of the United States Trustee; ustpregion03.pi.ecf@usdoj.gov
Ronda J. Winnecour; cmecf@chapter13trusteewdpa.com

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:  First-Class Mail or Electronic Notification

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

**Executed on:**  March 28, 2019    /s/ Donald R. Calaiaro
**Donald R. Calaiaro, Esquire, PA I.D. #27538**
**dcalaiaro@c-vlaw.com**
/s/ David Z. Valencik
**David Z. Valencik, Esquire,   PA I.D. #308361**
**dvalencik@c-vlaw.com**
**CALAIARO VALENCIK**
**428 Forbes Avenue, Suite 900**
**Pittsburgh, PA  15219-1621**
**(412) 232-0930**