**Form 312**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Kim M. Shields** | : | Case No. 17–21251–TPA |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| Kim M. Shields | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 89 Related to |
| v. | : | Claim No. 3 |
| Wilmington Trust N.A. as Trustee for MFRA | : | |
| Trust | : | Hearing Date: 5/15/19 at 11:00 AM |
| *Respondent(s).* | : | |
| | : | |
| | : | |

## ORDER

*AND NOW,* this *The 26th of March, 2019,* upon consideration of the *Debtor(s)'
Objection/Response to Payment Change Notification* filed at Doc. No. 89 ("Objection") which
relates to the *Payment Change Notification* filed at Claim No. 3,

It is hereby **ORDERED, ADJUDGED and DECREED** that:

(1)  *On or before April 30, 2019, Wilmington Trust N.A. as Trustee for MFRA Trust*
shall file a **Response** to the *Objection* ("Response") specifically addressing each and every one of the
objections asserted by the Debtor(s). Any *Response* filed by the Party originally filing the *Payment
Change Notification* shall attach as an exhibit to the *Response:*

(a)   A complete and accurate loan payment history;
(b)   A computation of the payment change in a format which is readily
understandable by the Court and the Parties–in–Interest; and,
(c)   A declaration by a competent official of the Creditor substantiating the
veracity and accuracy of all matters pertaining to the requested
*Payment Change Notification.*

(2)  A hearing on the *Objection* is scheduled for *May 15, 2019* at *11:00 AM* in Courtroom
"C", 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

(3)  *If on or before May 7, 2019,* the Parties resolve the *Objection*, a **Consent Order** shall
be filed. If a *Consent Order* is timely filed, the above–scheduled hearing will be cancelled and the
*Consent Order* considered.

continued on reverse side or next page

(4)    If *on or before May 9, 2019,* no *Response* is filed to the *Objection*, the Debtor(s) shall file a ***Certificate of No Objection***. If a *Certificate of No Objection* is timely filed, the above–scheduled hearing will be cancelled and the Court will consider the matter.

(5)    Movant(s) shall ***immediately*** serve this *Order* on any affected Party(ies) and file a ***Certificate of Service*** with the Clerk within five (5) days of this Order.

Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrator to serve:
      Counsel for the Movant(s)
      Karina Velter, Esq.,

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 17-21251-TPA
Kim M. Shields                                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: lmar              Page 1 of 1            Date Rcvd: Mar 26, 2019
                              Form ID: 312            Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 28, 2019.
db            +Kim M. Shields,    1212 Harrow Hill Court,    Coraopolis, PA 15108-9018
cr            +Wilmington Trust, National Association, not in its,    c/o Fay Servicing, LLC,
                3000 Kellway Dr. Ste 150,    Carrollton, TX 75006-3357

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 26, 2019 at the address(es) listed below:
          David Z. Valencik    on behalf of Debtor Kim M. Shields dvalencik@c-vlaw.com,
           cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
           vlaw.com;mpeduto@c-vlaw.com
          Donald R. Calaiaro    on behalf of Debtor Kim M. Shields dcalaiaro@c-vlaw.com,
           cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
           vlaw.com;mpeduto@c-vlaw.com
          James Warmbrodt    on behalf of Creditor    Wilmington Trust, National Association, not in its
           individual capacity, but solely as trustee for MFRA Trust 2016-1 bkgroup@kmllawgroup.com
          James Warmbrodt    on behalf of Creditor    Fay Servicing as servicer for Wilmington Trust,
           National Association, not in its individual capacity, but solely as trustee for MFRA Trust
           2016-1 bkgroup@kmllawgroup.com
          Jill Manuel-Coughlin    on behalf of Creditor    WELLS FARGO BANK, N.A. jill@pkallc.com,
           chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
           ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
          Karina Velter    on behalf of Creditor    Wilmington Trust, National Association, not in its
           individual capacity, but solely as trustee for MFRA Trust 2016-1 amps@manleydeas.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                              TOTAL: 8