IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
5/20/19 11:21 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | |
|---|---|---|
| In re: | : | Case No.: 17-21251-TPA |
| Kim M. Shields | : | Chapter: 13 |
| *Debtor(s).* | : | Date: 5/15/2019 |
| | : | Time: 11:00 |

## PROCEEDING MEMO

**MATTER:**   # 89 Objection to the Notice of Mortgage Pmt Change (Clm 3)
      #97 Resp by Wilmington Trust NA
      #102 Amd Resp by Wilmington Trust NA

**APPEARANCES:**

   Debtor:  David Valencik
   Trustee:  Owen Katz
   Wilmington Trust:  Mark Pecarchik

**NOTES:**

Valencik:   We filed this Objection because felt they were overcharged for insurance cost but found they are not. Issue is they are not paying taxes at face not at discount. 2% of the tax claim, about $200 is at issue.

Pecarchik:   One of the tax bills they did pay at the discount, the Allegheny County bill of $1449.03.

**OUTCOME:**   Matter taken under advisement

ljm