IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
5/21/19 1:23 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:

| | |
|---|---|
| KIM M. SHIELDS,<br>*Debtor.*<br>KIM M. SHIELDS,<br>*Movant,*<br>v.<br>WILMINGTON TRUST, N.A. AS<br>TRUSTEE FOR MFRA TRUST,<br>*Respondent.* | Case No. 17-21251-TPA<br>Chapter 13<br>Related to Doc. No. 89, 102 |

## ORDER

AND NOW, this **21st** day of **May, 2019**, after hearing held on May 15, 2019 on the **Debtor's Objection to the Notice of Mortgage Payment Change Dated March 4, 2019** (Doc. 89) ("Objection") it is clear that the sole, remaining issue is the "timely" payment of taxes by the Respondent during the 2% discount period rather than it waiting to make payment at face amount following the discount period. After the Court's preliminary review of the matter, it appears under federal law the Respondent is only legally required to pay the taxes in a timely manner, i.e. at face amount, assuming funds are available, as such payments become due. *See 12 U.S.C. § 2605*. Therefore, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that the *Objection* is **DENIED effective June 3, 2019** unless **on or before June 3, 2019** Counsel for the Debtor files a *brief* supporting her legal position that the Respondent must pay the relevant taxes during the discount period.

Thomas P. Agresti, Judge
United States Bankruptcy Court

Case administrator to serve:
    Debtor
    David Valencik, Esq.
    Michael Shavel, Esq.
    Ronda Winnecour, Esq.
    Mark Pecarchik
        745 Somerville Dr, Pittsburgh, PA 15243

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Kim M. Shields  
     Debtor

Case No. 17-21251-TPA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: bsil        Page 1 of 1        Date Rcvd: May 21, 2019  
                              Form ID: pdf900        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2019.
```
db             +Kim M. Shields,    1212 Harrow Hill Court,    Coraopolis, PA 15108-9018
               +Mark Pecarchik,    745 Somerville Dr.,    Pittsburgh, PA 15243-1668
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                   TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2019                                                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2019 at the address(es) listed below:
```
              David Z. Valencik    on behalf of Debtor Kim M. Shields dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
               vlaw.com;mpeduto@c-vlaw.com
              Donald R. Calaiaro    on behalf of Debtor Kim M. Shields dcalaiaro@c-vlaw.com,
               cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
               vlaw.com;mpeduto@c-vlaw.com
              James  Warmbrodt     on behalf of Creditor    Wilmington Trust, National Association, not in its
               individual capacity, but solely as trustee for MFRA Trust 2016-1 bkgroup@kmllawgroup.com
              James  Warmbrodt     on behalf of Creditor    Fay Servicing as servicer for Wilmington Trust,
               National Association, not in its individual capacity, but solely as trustee for MFRA Trust
               2016-1 bkgroup@kmllawgroup.com
              Jill  Manuel-Coughlin     on behalf of Creditor    WELLS FARGO BANK, N.A. jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
              Karina  Velter     on behalf of Creditor    Wilmington Trust, National Association, not in its
               individual capacity, but solely as trustee for MFRA Trust 2016-1 amps@manleydeas.com
              Michael J Shavel    on behalf of Creditor    Wilmington Trust, National Association, not in its
               individual capacity, but solely as trustee for MFRA Trust 2016-1 mshavel@hillwallack.com,
               lcampbell@hillwallack.com;mosbeck@hillwallack.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 9
```