# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) **Case No.** 17-21251-TPA |
| Kim M. Shields, | ) |
| **Debtor,** | ) **Chapter** 13 |
| Kim M. Shields, | ) |
| **Movant,** | ) **Related Document No.** 115-114 |
| vs. | ) |
| Wilmington Trust, N.A. as Trustee | ) **Hearing Date:** 05/27/20 @ 10:00 a.m. |
| for MFRA Trust, LVNV Funding, Verizon, | ) |
| Pinnacle Credit Services, PA Department | ) **Response Due:** 04/20/20 |
| of Revenue, Internal Revenue Service, | ) |
| **Respondents.** | ) **Document No.** |

## CONSENT ORDER OF COURT

**AND NOW** this ___ day of _____, 2020, upon motion of the Debtor, and with the consent of the Chapter 13 Trustee, the previously filed motion to suspend payments is now withdrawn as moot as a result of the amended plan filed at Document No. 119.

CONSENTED TO:

/s/Mark B. Peduto
Mark B. Peduto, Esq. PA ID 62923
Calaiaro Valencik
938 Penn Avenue, Suite 501
Pittsburgh, PA 15222-3708
412-232-0930 phone
mpeduto@c-vlaw.com

/s/ Ronda J. Winnecour
Ronda J. Winnecour, Esq. PA ID 30339
Office of the Chapter 13 Trustee
600 Grant Street, Suite 3251
Pittsburgh, PA 15219
412-471-5566 phone
rwinnecour@chapter13trusteewdpa.com

**By the Court,**

_____
**Honorable Thomas P. Agresti**
**United States Bankruptcy Court**