## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | **) Case No.** 17-21251-TPA |
| Kim M. Shields, | ) |
| **Debtor,** | **) Chapter** 13 |
| Kim M. Shields, | ) |
| **Movant,** | **) Related Document No.** 116-114 |
| **vs.** | ) |
| Wilmington Trust, N.A. as Trustee | **) Hearing Date:** 04/29/20 @ 11:00 a.m. |
| for MFRA Trust, LVNV Funding, Verizon, | ) |
| Pinnacle Credit Services, PA Department | **) Response Due:** 04/20/20 |
| of Revenue, Internal Revenue Service, | ) |
| **Respondents.** | **) Document No.** |

## <u>CONSENT ORDER OF COURT</u>

**AND NOW** this ___ day of _____, 2020, upon motion of the Debtor,

and with the consent of the Chapter 13 Trustee, the previously filed motion to suspend

payments is now withdrawn as moot as a result of the amended plan filed at Document

No. 119.

CONSENTED TO:

| | |
|---|---|
| /s/Mark B. Peduto | /s/ Ronda J. Winnecour |
| Mark B. Peduto, Esq. PA ID 62923 | Ronda J. Winnecour, Esq. PA ID 30339 |
| Calaiaro Valencik | Office of the Chapter 13 Trustee |
| 938 Penn Avenue, Suite 501 | 600 Grant Street, Suite 3251 |
| Pittsburgh, PA 15222-3708 | Pittsburgh, PA 15219 |
| 412-232-0930 phone | 412-471-5566 phone |
| mpeduto@c-vlaw.com | rwinnecour@chapter13trusteewdpa.com |

**By the Court,**

_____
**Honorable Thomas P. Agresti**
**United States Bankruptcy Court**