FILED
4/29/20 3:48 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 17-21251-TPA |
| | : | | |
| Kim M. Shields | : | Chapter: | 13 |
| | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 4/29/2020 |
| | : | Time: | 11:00 |

**PROCEEDING MEMO**

*MATTER:*  # 114 Motion for Order to Suspend Bk Proceedings, Suspend Plan Pmts & Other Relief filed by Debtor

*APPEARANCES:*

    Debtor:    Mark Peduto
    Trustee:    Owen Katz

*NOTES:*

Peduto:  Debtor is an accountant at a firm that has been closed due to Covid-19.

Katz:  Upon conciliation matter to be schedule in front of Court.

*OUTCOME:*  Motion to withdraw is GRANTED. Order at Doc No. 124 to be entered.

ljm