FILED
4/29/20 3:50 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | ) Case No. 17-21251-TPA |
| Kim M. Shields, | ) |
| **Debtor,** | ) Chapter 13 |
| Kim M. Shields, | ) |
| **Movant,** | ) Related Document No. 116-114 |
| vs. | ) |
| Wilmington Trust, N.A. as Trustee | ) Hearing Date: 04/29/20 @ 11:00 a.m. |
| for MFRA Trust, LVNV Funding, Verizon, | ) |
| Pinnacle Credit Services, PA Department | ) Response Due: 04/20/20 |
| of Revenue, Internal Revenue Service, | ) |
| **Respondents.** | ) Document No. 124 |

## CONSENT ORDER OF COURT

**AND NOW** this 29th day of _____April_____, 2020, upon motion of the Debtor, and with the consent of the Chapter 13 Trustee, the previously filed motion to suspend payments is now withdrawn as moot as a result of the amended plan filed at Document No. 119.

CONSENTED TO:

/s/Mark B. Peduto
Mark B. Peduto, Esq. PA ID 62923
Calaiaro Valencik
938 Penn Avenue, Suite 501
Pittsburgh, PA 15222-3708
412-232-0930 phone
mpeduto@c-vlaw.com

/s/ Ronda J. Winnecour
Ronda J. Winnecour, Esq. PA ID 30339
Office of the Chapter 13 Trustee
600 Grant Street, Suite 3251
Pittsburgh, PA 15219
412-471-5566 phone
rwinnecour@chapter13trusteewdpa.com

By the Court,

Honorable Thomas P. Agresti
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Kim M. Shields
    Debtor

Case No. 17-21251-TPA
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: bsil                    Page 1 of 1                  Date Rcvd: Apr 29, 2020
                              Form ID: pdf900               Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2020.
db              +Kim M. Shields,    1212 Harrow Hill Court,    Coraopolis, PA 15108-9018

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                     TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2020 at the address(es) listed below:
      David Z. Valencik    on behalf of Debtor Kim M. Shields dvalencik@c-vlaw.com,
       cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com
      Donald R. Calaiaro    on behalf of Debtor Kim M. Shields dcalaiaro@c-vlaw.com,
       cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com
      James Warmbrodt    on behalf of Creditor    Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2016-1 bkgroup@kmllawgroup.com
      James Warmbrodt    on behalf of Creditor    Fay Servicing as servicer for Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2016-1 bkgroup@kmllawgroup.com
      Jill Manuel-Coughlin    on behalf of Creditor    WELLS FARGO BANK, N.A. bankruptcy@powerskirn.com
      Karina Velter    on behalf of Creditor    Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2016-1 amps@manleydeas.com
      Mark B. Peduto    on behalf of Debtor Kim M. Shields mpeduto@c-vlaw.com,
       jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-law.com;apratt@c-vaw.com
      Michael J Shavel    on behalf of Creditor    Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2016-1 mshavel@hillwallack.com, skenny@hillwallack.com;lharkins@hillwallack.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                   TOTAL: 10