

FILED
6/26/20 9:50 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN PROCEEDINGS:
17-21251
Related to Document No. 129

DEBTOR(S):
KIM M SHIELDS

WITHDRAWAL OF CLAIM
PLEASE WITHDRAW CLAIM NUMBER 8 IN THE AMOUNT OF $1,449.54

CREDITOR'S SIGNATURE:
/s/ David Lamb

CREDITOR CONTACT INFO:
LVNV Funding, LLC its successors and assigns as assignee of General Electric Capital Corporation
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603
(877) 264-5884

DATE:
6/25/2020

SO ORDERED
June 26, 2020

jlm

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Kim M. Shields  
    Debtor

Case No. 17-21251-TPA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: bsil     Page 1 of 1     Date Rcvd: Jun 26, 2020  
                      Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2020.  
db         +Kim M. Shields,   1212 Harrow Hill Court,   Coraopolis, PA 15108-9018

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr          E-mail/PDF: resurgentbknotifications@resurgent.com Jun 27 2020 04:27:30       LVNV Funding LLC,    Resurgent Capital Services,   PO Box 10587,   Greenville, SC  29603-0587  
                                                                                                                        TOTAL: 1

                ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2020                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2020 at the address(es) listed below:

            David Z. Valencik    on behalf of Debtor Kim M. Shields dvalencik@c-vlaw.com,    cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com  
            Donald R. Calaiaro    on behalf of Debtor Kim M. Shields dcalaiaro@c-vlaw.com,    cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com  
            James Warmbrodt    on behalf of Creditor   Fay Servicing as servicer for Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2016-1 bkgroup@kmllawgroup.com  
            James Warmbrodt    on behalf of Creditor   Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2016-1 bkgroup@kmllawgroup.com  
            Jill Manuel-Coughlin    on behalf of Creditor   WELLS FARGO BANK, N.A. bankruptcy@powerskirn.com  
            Karina Velter    on behalf of Creditor   Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2016-1 amps@manleydeas.com  
            Mark B. Peduto    on behalf of Debtor Kim M. Shields mpeduto@c-vlaw.com,    jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-law.com;apratt@c-vaw.com  
            Michael J Shavel    on behalf of Creditor   Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2016-1 mshavel@hillwallack.com,    skenny@hillwallack.com;lharkins@hillwallack.com  
            Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
            Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                                                                        TOTAL: 10