FILEDesc
6/26/20 9:51 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# RESURGENT
## Capital Services

IN THE UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF PENNSYLVANIA

IN PROCEEDINGS:

17-21251

Related to Document No. 130

DEBTOR(S):

KIM M SHIELDS

WITHDRAWAL OF CLAIM

PLEASE WITHDRAW CLAIM NUMBER 7 IN THE AMOUNT OF $629.89

CREDITOR'S SIGNATURE:

/s/ David Lamb

CREDITOR CONTACT INFO:

LVNV Funding, LLC its successors and assigns as assignee of GE Money Bank

Resurgent Capital Services

PO Box 10587

Greenville, SC 29603

(877) 264-5884

DATE:

6/25/2020

SO ORDERED

June 26, 2020

*[signature]*

jlm

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                    Case No. 17-21251-TPA
Kim M. Shields                                                                            Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: bsil                Page 1 of 1           Date Rcvd: Jun 26, 2020
                              Form ID: pdf900             Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 28, 2020.
db              +Kim M. Shields,    1212 Harrow Hill Court,    Coraopolis, PA 15108-9018

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr               E-mail/PDF: resurgentbknotifications@resurgent.com Jun 27 2020 04:27:29      LVNV Funding LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC   29603-0587
                                                                                             TOTAL: 1

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2020                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 26, 2020 at the address(es) listed below:
         David Z. Valencik    on behalf of Debtor Kim M. Shields dvalencik@c-vlaw.com,
          cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com
         Donald R. Calaiaro    on behalf of Debtor Kim M. Shields dcalaiaro@c-vlaw.com,
          cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com
         James Warmbrodt    on behalf of Creditor   Fay Servicing as servicer for Wilmington Trust,
         National Association, not in its individual capacity, but solely as trustee for MFRA Trust
         2016-1 bkgroup@kmllawgroup.com
         James Warmbrodt    on behalf of Creditor   Wilmington Trust, National Association, not in its
         individual capacity, but solely as trustee for MFRA Trust 2016-1 bkgroup@kmllawgroup.com
         Jill Manuel-Coughlin    on behalf of Creditor   WELLS FARGO BANK, N.A. bankruptcy@powerskirn.com
         Karina Velter    on behalf of Creditor   Wilmington Trust, National Association, not in its
         individual capacity, but solely as trustee for MFRA Trust 2016-1 amps@manleydeas.com
         Mark B. Peduto    on behalf of Debtor Kim M. Shields mpeduto@c-vlaw.com,
          jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-law.com;apratt@c-vaw.com
         Michael J Shavel    on behalf of Creditor   Wilmington Trust, National Association, not in its
         individual capacity, but solely as trustee for MFRA Trust 2016-1 mshavel@hillwallack.com,
          skenny@hillwallack.com;lharkins@hillwallack.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                   TOTAL: 10