

IN THE UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF PENNSYLVANIA

IN PROCEEDINGS:

17-21251

DEBTOR(S):

Kim M Shields

WITHDRAWAL OF CLAIM

PLEASE WITHDRAW CLAIM NUMBER 4 IN THE AMOUNT OF $4,959.96

CREDITOR'S SIGNATURE:

/s/ William Andrews

CREDITOR CONTACT INFO:

Pinnacle Credit Services, LLC C/O Resurgent Capital Services

Resurgent Capital Services, LP

PO BOX 10675

Greenville, SC 29603

(877) 264-5884

DATE:

7/1/2020