Case 17-21251-TPA    Doc 143    Filed 07/23/20    Entered 07/23/20 11:21:42    Desc Main
Document    Page 1 of 1

FILED
7/23/20 11:16 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| In re: | : | Case No.: | 17-21251-TPA |
|---|---|---|---|
| Kim M. Shields | : | Chapter: | 13 |
| *Debtor(s).* | : | | |
| | : | Date: | 7/22/2020 |
| | : | Time: | 12:00 |

**PROCEEDING MEMO**

*MATTER:*  #119 Contested Plan dated 4/22/2020

*APPEARANCES:*
 Debtor:   Mark Peduto
 Trustee:  Ronda Winnecour

*NOTES:*

Winnecour: Suspend payments and extend term past 60 months. I have no objection to the extension. Payment to $5,301 beginning or extension to 72 months.

Peduto: Background of matters given re case. Since April both Debtor and husband did not have an income. Asking for 4 month extension of the Plan.

*OUTCOME:* Plan payment to increase to $5,301 beginning with August payment.
Extension for 4 months
Chambers to issue Order (1:16)

*[signature]*
ljm