FILED
7/24/20 9:44 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                              **(N)**

KIM M. SHIELDS,                        :    Case No.  17-21251-TPA
            Debtor            :    Chapter 13
                        :    Related to Document No. 119

**ORDER**

On July 22, 2020 a hearing held on the contested Plan dated April 22, 2020, and at the request of Debtor's Counsel for an extension of the Plan term due to the Debtor's lack of income during the prior four month period, upon consent of the Chapter 13 Trustee,

**AND NOW,** this **23rd** day of **July, 2020**, it is hereby **ORDERED, ADJUDGED and DECREED** that the Debtor's Plan payment is **increased to $5,301** per month, beginning with the August, 2020 payment.  The Plan term is extended for an additional four (4) months.

_____
Thomas P. Agresti, Judge    **ljm**
U.S. Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                        Case No. 17-21251-TPA
Kim M. Shields                                                                Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2              User: dkam              Page 1 of 2              Date Rcvd: Jul 24, 2020
                                  Form ID: pdf900        Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 26, 2020.
db           +Kim M. Shields,   1212 Harrow Hill Court,   Coraopolis, PA 15108-9018
cr           +Wilmington Trust, National Association, not in its,   c/o Fay Servicing, LLC,
              3000 Kellway Dr. Ste 150,   Carrollton, TX 75006-3357
14392216     +James P. Shields,   1212 Harrow Hill Court,   Coraopolis, PA 15108-9018
14638806      Pinnacle Credit Services, LLC C/O Resurgent Capita,   P.O. Box 10675,
              Greenville, SC 29603-0675
14392217     +Schneider Downs & Co. Inc.,   One PPG Place,   Suite 1700,   Pittsburgh, PA 15222-4237
14411423      Wells Fargo Bank, N.A.,   Default Document Processing,   N9286-01Y,   1000 Blue Gentian Road,
              Eagan MN 55121-7700
14392218      Wells Fargo bank,   c/o Martha Von Rosentiel, Esquire,   649 South Avenue, Suite 7,
              Chester, PA 19016
14866742      Wilmington Trust, National Association,   Fay Servicing, LLC,   PO Box 814609,,
              Dallas, TX 75381-4609

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            E-mail/PDF: resurgentbknotifications@resurgent.com Jul 25 2020 03:17:30      LVNV Funding LLC,
              Resurgent Capital Services,   PO Box 10587,   Greenville, SC  29603-0587
cr            E-mail/PDF: resurgentbknotifications@resurgent.com Jul 25 2020 03:40:01
              Pinnacle Credit Services, LLC,   Resurgent Capital Services,   PO Box 10587,
              Greenville, SC  29603-0587
14392215     +E-mail/Text: sbse.cio.bnc.mail@irs.gov Jul 25 2020 03:20:06      Internal Revenue Service,
              P.O. Box 7346,   Philadelphia, PA 19101-7346
14661700      E-mail/PDF: resurgentbknotifications@resurgent.com Jul 25 2020 03:40:00
              LVNV Funding, LLC its successors and assigns as,   assignee of GE Money Bank,
              Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
14661699      E-mail/PDF: resurgentbknotifications@resurgent.com Jul 25 2020 03:40:01
              LVNV Funding, LLC its successors and assigns as,   assignee of General Electric Capital,
              Corporation,   Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
14393417     +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 25 2020 03:16:56
              PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14398703      E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 25 2020 03:20:18
              Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
              Harrisburg PA 17128-0946
14641064     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 25 2020 03:41:41      Verizon,
              by American InfoSource LP as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                            TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Fay Servicing as servicer for Wilmington Trust, Na
cr            WELLS FARGO BANK, N.A.
cr*          +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                        TOTALS: 2, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2020                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 24, 2020 at the address(es) listed below:
              David Z. Valencik    on behalf of Debtor Kim M. Shields dvalencik@c-vlaw.com,
              cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
              vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com; eratti@c-vlaw.com
              Donald R. Calaiaro    on behalf of Debtor Kim M. Shields dcalaiaro@c-vlaw.com,
              cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
              vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

District/off: 0315-2          User: dkam                Page 2 of 2          Date Rcvd: Jul 24, 2020
                             Form ID: pdf900           Total Noticed: 16

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          James  Warmbrodt    on behalf of Creditor    Fay Servicing as servicer for Wilmington Trust,
           National Association, not in its individual capacity, but solely as trustee for MFRA Trust
           2016-1 bkgroup@kmllawgroup.com
          James  Warmbrodt    on behalf of Creditor    Wilmington Trust, National Association, not in its
           individual capacity, but solely as trustee for MFRA Trust 2016-1 bkgroup@kmllawgroup.com
          Jill  Manuel-Coughlin    on behalf of Creditor    WELLS FARGO BANK, N.A. bankruptcy@powerskirn.com
          Karina  Velter    on behalf of Creditor    Wilmington Trust, National Association, not in its
           individual capacity, but solely as trustee for MFRA Trust 2016-1 amps@manleydeas.com
          Mark B. Peduto    on behalf of Debtor Kim M. Shields mpeduto@c-vlaw.com,
           jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com;rfeil@c-vlaw.com;eratti@
           c-vlaw.com
          Michael J Shavel    on behalf of Creditor    Wilmington Trust, National Association, not in its
           individual capacity, but solely as trustee for MFRA Trust 2016-1 mshavel@hillwallack.com,
           skenny@hillwallack.com;lharkins@hillwallack.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                       TOTAL: 10