**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ) | |
| ) | **Case No. 17-21251-TPA** |
| Kim M. Shields ) | |
| ) | |
| ) | **Chapter 13** |
| Debtor ) | **Document No. _____** |
| ) | **Related to Document No. 144** |

## AMENDED CONSENT ORDER MODIFYING JULY 24, 2020 ORDER

AND NOW, this _____ day of _____, 2020, upon consent of the Debtor and the Chapter 13 Trustee, and parties in interest as evidenced by signatures of counsel as set forth below, said agreement being the result of discussions held between the parties following the entry of the order dated July 24, 2020 it is

ORDERED that Wilmington Trust (Claim No. 3) shall govern as to amount, classification, and rate of interest, subject to all payment changes of record.

The July 24, 2020 order otherwise remains in full force and effect.

BY THE COURT:

_____
Thomas P. Agresti
U.S. BANKRUPTCY JUDGE

Consented to:

/s/ Ronda J. Winnecour
Ronda J. Winnecour (PA I.D. #30399)
Attorney and Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
412-471-5566
cmecf@chapter13trusteewdpa.com

/s/ Mark B. Peduto
Mark B. Peduto, Esquire
Attorney for Debtor
Calaiaro Valencik
938 Penn Avenue Suite 501
Pittsburgh, PA  15222
412-232-0930
mpeduto@c-vlaw.com