FILED
8/3/20 12:03 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 17-21251-TPA |
| Kim M. Shields | ) | |
| | ) | |
| | ) | Chapter 13 |
| Debtor | ) | Document No. _____ |
| | ) | Related to Document No. 144 , 147 |

### AMENDED CONSENT ORDER MODIFYING JULY 24, 2020 ORDER

AND NOW, this ___3rd___ day of _____August_____, 2020, upon consent of the Debtor and the Chapter 13 Trustee, and parties in interest as evidenced by signatures of counsel as set forth below, said agreement being the result of discussions held between the parties following the entry of the order dated July 24, 2020 it is

ORDERED that Wilmington Trust (Claim No. 3) shall govern as to amount, classification, and rate of interest, subject to all payment changes of record.

The July 24, 2020 order otherwise remains in full force and effect.

BY THE COURT:

_____
Thomas P. Agresti      jlm
U.S. BANKRUPTCY JUDGE

Consented to:

/s/ Ronda J. Winnecour
Ronda J. Winnecour (PA I.D. #30399)
Attorney and Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
412-471-5566
cmecf@chapter13trusteewdpa.com

/s/ Mark B. Peduto
Mark B. Peduto, Esquire
Attorney for Debtor
Calaiaro Valencik
938 Penn Avenue Suite 501
Pittsburgh, PA  15222
412-232-0930
mpeduto@c-vlaw.com

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 17-21251-TPA
Kim M. Shields                                                          Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: bsil              Page 1 of 1          Date Rcvd: Aug 03, 2020
                         Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2020.
db            +Kim M. Shields,   1212 Harrow Hill Court,   Coraopolis, PA 15108-9018

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2020 at the address(es) listed below:
     David Z. Valencik    on behalf of Debtor Kim M. Shields dvalencik@c-vlaw.com,
     cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com
     Donald R. Calaiaro    on behalf of Debtor Kim M. Shields dcalaiaro@c-vlaw.com,
     cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com
     James Warmbrodt    on behalf of Creditor   Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2016-1 bkgroup@kmllawgroup.com
     James Warmbrodt    on behalf of Creditor   Fay Servicing as servicer for Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2016-1 bkgroup@kmllawgroup.com
     Jill Manuel-Coughlin    on behalf of Creditor   WELLS FARGO BANK, N.A. bankruptcy@powerskirn.com
     Karina Velter    on behalf of Creditor   Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2016-1 amps@manleydeas.com
     Mark B. Peduto    on behalf of Debtor Kim M. Shields mpeduto@c-vlaw.com,
     jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com
     Michael J Shavel    on behalf of Creditor   Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2016-1 mshavel@hillwallack.com,
     skenny@hillwallack.com;lharkins@hillwallack.com
     Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
     Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                       TOTAL: 10