WPAB FORM 7 (03/12)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) Bankruptcy No. 17-21251-TPA |
| | ) |
| Kim M. Shields | ) |
| | ) Chapter 13 |
| **Debtor** | ) Related to Docket No. 164-167 |
| | ) |
| | ) Hearing Date: |
| | ) |
| | ) Objection Date: 03/29/2021 |
| | ) Document No. |

**CERTIFICATE OF SERVICE OF Order to Serve Amendment, Amendment to Schedule F Along With the 341 Meeting of Creditors Notice**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on February 25, 2021.

**SERVICE BY FIRST-CLASS MAIL**:
Kim M. Shields, 1212 Harrow Hill Court, Moon Township, PA 15108
Schneider Downs & Co. Inc., One PPG Place, Suite 1700, Pittsburgh, PA 15222

**SERVICE BY NEF**:
Office of the U.S. Trustee, 1001 Liberty Avenue, Liberty Center, Suite 970, Pittsburgh, PA 15222
Ronda J. Winnecour, Chapter 13 Trustee receives service electronically through the CM/ECF System at cmecf@chapter13trusteewdpa.com

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: **First-Class Mail**.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

Ronda J. Winnecour, Chapter 13 Trustee receives service electronically through the CM/ECF System at cmecf@chapter13trusteewdpa.com

**Executed:** February 25, 2021        **BY:** /s/ Mark B. Peduto
                                        **Mark B.. Peduto, PA I.D. #62923**
                                        mpeduto@c-vlaw.com

                                        **CALAIARO VALENCIK**
                                        **938 Penn Avenue, Suite 501**
                                        **Pittsburgh, PA 15222**
                                        **(412) 232-0930**