**Form 222**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Kim M. Shields**
   Debtor(s)

Bankruptcy Case No.: 17–21251–TPA

Chapter: 13
Docket No.: 159 – 156
Concil. Conf.: 4/8/21 at 09:30 AM

## ORDER

**IT IS HEREBY ORDERED** that, the Debtor(s) shall immediately serve a copy of this *Order,* the *Notice of Proposed Modification to Confirmed Plan* and the *Amended Plan Dated February 18, 2021* on the Chapter 13 Trustee and all parties on the mailing matrix and complete and file the accompanying *Certificate of Service* with the Clerk.

On or before **,** all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Untimely *objections* will not be considered.

On **4/8/21** at **09:30 AM,** a Conciliation Conference on the Debtor(s)' *Amended Plan* shall occur with the Chapter 13 Trustee at remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com.

If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

Thomas P. Agresti, Judge
United States Bankruptcy Court

Dated: February 24, 2021

cm: Debtor(s) and/or Debtor(s)' counsel

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                          Case No. 17-21251-TPA

Kim M. Shields                                                                         Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: lmar | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 24, 2021 | Form ID: 222 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Kim M. Shields, 1212 Harrow Hill Court, Coraopolis, PA 15108-9018 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2021                      Signature:            /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Fay Servicing as servicer for Wilmington Trust  National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2016-1 bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Wilmington Trust  National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2016-1 bnicholas@kmllawgroup.com |
| David Z. Valencik | on behalf of Debtor Kim M. Shields dvalencik@c-vlaw.com cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com |
| Donald R. Calaiaro | on behalf of Debtor Kim M. Shields dcalaiaro@c-vlaw.com cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com |

District/off: 0315-2                        User: lmar                                    Page 2 of 2
Date Rcvd: Feb 24, 2021                     Form ID: 222                              Total Noticed: 1

Jill Manuel-Coughlin
                  on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com

Kaitlin Shire
                  on behalf of Creditor Wilmington Trust  National Association, not in its individual capacity, but solely as trustee for MFRA Trust
                  2016-1 kshire@hillwallack.com, skenny@HillWallack.com;lharkins@hillwallck.com;hwbknj@hillwallack.com

Karina Velter
                  on behalf of Creditor Wilmington Trust  National Association, not in its individual capacity, but solely as trustee for MFRA Trust
                  2016-1 amps@manleydeas.com

Mark B. Peduto
                  on behalf of Debtor Kim M. Shields mpeduto@c-vlaw.com
                  jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

Michael J Shavel
                  on behalf of Creditor Wilmington Trust  National Association, not in its individual capacity, but solely as trustee for MFRA Trust
                  2016-1 mshavel@hillwallack.com, skenny@hillwallack.com;lharkins@hillwallack.com

Office of the United States Trustee
                  ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                  cmecf@chapter13trusteewdpa.com


TOTAL: 11