IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : |
| **Withdrawal of Appearances by Karina Velter in Various Open Cases, and Entry of Appearance of Replacement Counsel Stephen R. Franks in Various Open Cases** | : Miscellaneous Case No: 21-205 CMB |
| | : |

## ORDER GRANTING OMNIBUS MOTION FOR LEAVE TO WITHDRAW AND SUBSTITUTE ATTORNEY IN VARIOUS PENDING CASES PURSUANT TO WDPA LBR 9010-2(g)

AND NOW, this  4th  day of ___March___, 20 21 , upon consideration of the Omnibus Motion to Withdraw and Substitute Attorney and for good cause shown, the Clerk of Courts for the Western District of Pennsylvania, Bankruptcy Division shall substitute attorney Stephen R. Franks as the attorney of record for all open cases listed on the Exhibit attached to Movant's Motion to Substitute.

_____
Carlota M. Böhm  dmr
Chief United States Bankruptcy Court Judge

FILED
3/4/21 7:34 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

20-018890_EHC