**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Bankruptcy No.** 17-21251-TPA |
| Kim M. Shields, | ) **Chapter** 13 |
| **Debtor,** | ) |
| Kim M. Shields, | ) **Related Document No.** 173-174 |
| **Movant,** | ) **Hearing Date:** 04/07/21 @ 10:00 a.m. |
| **vs.** | ) **Response Due:** 03/22/21 |
| Ronda J. Winnecour, Chapter 13 Trustee, | ) |
| **Respondent.** | ) **Document No.** |

**CERTIFICATION OF NO OBJECTION REGARDING
AMENDED MOTION SEEKING CARES ACT RELIEF
- Document No. 173**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **Amended Motion Seeking Cares Act Relief** filed on March 6, 2021has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the **M Amended Motion Seeking Cares Act Relief** appears thereon. Pursuant to the Notice of Hearing, objections to the **Amended Motion Seeking Cares Act Relief** were to be filed and served no later than March 22, 2021.

It is hereby respectfully requested that the Order attached to the **Amended Motion Seeking Cares Act Relief** be entered by the Court.

**Dated:** March 23, 2021

**BY:** /s/ Mark B. Peduto
**Mark B. Peduto, Esquire**
**PA I.D. #62923**
mpeduto@c-vlaw.com
**CALAIARO VALENCIK**
**938 Penn Avenue, Suite 501**
**Pittsburgh, PA 15222-3708**
**(412) 232-0930**