FILED
3/24/21 7:16 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** ) | **Bankruptcy No.** 17-21251-TPA |
| Kim M. Shields, ) | |
|     **Debtor,** ) | **Chapter** 13 |
| Kim M. Shields, ) | |
|     **Movant,** ) | **Hearing Date:** 04/07/21 @ 10:00 a.m. |
|     **vs.** ) | **Response Due:** 03/22/21 |
| Ronda J. Winnecour, Chapter 13 Trustee, ) | |
|     **Respondent.** ) | **Document No.** 173 |

## ORDER OF COURT

**AND NOW**, this 24th day of March, 2021, upon Motion of the Debtor, and consideration of any responses or objections to the relief requested, and after notice and hearing, this Court makes the following findings of fact:

1. The Chapter 13 Plan dated April 5, 2018, was confirmed pursuant to and in satisfaction of the requirements set forth in 11 U.S.C. § 1325(a) on July 13, 2018.

2. Confirmation of the Chapter 13 Plan occurred prior to March 27, 2020.

3. The Debtor's ability to make payments pursuant to the terms of the Plan has been impacted directly and or indirectly by the ongoing COVID-19 pandemic.

4. The Debtor has requested to extend the play payment term from 60 months to approximately 68 months, or an extension of an additional 8 months.

5. The requirements set forth in 11 U.S.C. § 1325(a) remain satisfied with the proposed extension.

6. The Plan and requested extensions satisfy any and all conditions set forth in Coronavirus Aid, Relief, and Economic Security (CARES) Act and 11 U.S.C. § 1329(d).

7. The Debtor has made such request in good faith and not for any means prohibited by any applicable law.

8. The Debtor has set forth satisfactory cause to extend the plan payment term.

It is hereby **ORDERED, ADJUDGED**, and **DECREED**, that

1. The relief requested in the Motion is **GRANTED.**

2. The plan payment term of the Plan dated April 5, 2018, and confirmed July 13, 2018, is extended from 60 months to approximately 68 months.

By the Court,

_____
Honorable Thomas P. Agresti
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-21251-TPA |
| Kim M. Shields | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dpas | Page 1 of 2 |
| Date Rcvd: Mar 24, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Kim M. Shields, 1212 Harrow Hill Court, Coraopolis, PA 15108-9018 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Mar 26, 2021 | Signature: | /s/Joseph Speetjens |

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Wilmington Trust National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2016-1 bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Fay Servicing as servicer for Wilmington Trust National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2016-1 bnicholas@kmllawgroup.com |
| David Z. Valencik | on behalf of Debtor Kim M. Shields dvalencik@c-vlaw.com cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com |
| Donald R. Calaiaro | on behalf of Debtor Kim M. Shields dcalaiaro@c-vlaw.com cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com |

| District/off: 0315-2 | User: dpas | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 24, 2021 | Form ID: pdf900 | Total Noticed: 1 |

Jill Manuel-Coughlin
    on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com

Kaitlin Shire
    on behalf of Creditor Wilmington Trust  National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2016-1 kshire@hillwallack.com, lharkins@hillwallck.com;hwbknj@hillwallack.com

Mark B. Peduto
    on behalf of Debtor Kim M. Shields mpeduto@c-vlaw.com
    jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

Michael J Shavel
    on behalf of Creditor Wilmington Trust  National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2016-1 mshavel@hillwallack.com, ldejesus@hillwallack.com;lharkins@hillwallack.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Stephen Russell Franks
    on behalf of Creditor Wilmington Trust  National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2016-1 amps@manleydeas.com

TOTAL: 11