**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| KIM M. SHIELDS | Case No.:17-21251 CMB |
| Debtor(s) | |
| Ronda J. Winnecour | Document No.: |
| Movant | |
| vs. | |
| No Repondents. | |

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 03/30/2017 and confirmed on 08/03/2017. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 201,475.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 201,475.00 |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 5,000.00 | |
| Trustee Fee | 8,695.94 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 13,695.94 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| WILMINGTON TRUST NA - TRUSTEE MRF | 0.00 | 154,656.95 | 0.00 | 154,656.95 |
| Acct: 7428 | | | | |
| WELLS FARGO BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6355 | | | | |
| WILMINGTON TRUST NA - TRUSTEE MRF | 55,181.43 | 33,117.11 | 0.00 | 33,117.11 |
| Acct: 7428 | | | | |
| | | | | 187,774.06 |
| Priority | | | | |
| DONALD R CALAIARO ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KIM M. SHIELDS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KIM M. SHIELDS | 5.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DONALD R CALAIARO ESQ | 5,000.00 | 5,000.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PA DEPARTMENT OF REVENUE* | 1,078.71 | 0.00 | 0.00 | 0.00 |
| Acct: 2096 | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| INTERNAL REVENUE SERVICE* | 9,494.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2096 | | | | |
| RONDA J WINNECOUR TRUSTEE/CLERK | 5.00 | 5.00 | 0.00 | 5.00 |
| Acct: XXXXXXXXXXXXXXXXX1251 | | | | |
| | | | | 5.00 |
| **Unsecured** | | | | |
| INTERNAL REVENUE SERVICE* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2096 | | | | |
| SCHNEIDER DOWNS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PA DEPARTMENT OF REVENUE* | 271.72 | 0.00 | 0.00 | 0.00 |
| Acct: 2096 | | | | |
| PINNACLE CREDIT SERVICES LLC - ASSI( | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2864 | | | | |
| VERIZON BY AMERICAN INFOSOURCE LP | 348.57 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5244 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4538 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3702 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5244 | | | | |
| JILL MANUEL-COUGHLIN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JAMES SHIELDS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| STEPHEN R FRANKS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| HILL WALLACK LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

***NONE***

TOTAL PAID TO CREDITORS                                                                 187,779.06

TOTAL CLAIMED
  PRIORITY          10,577.71
  SECURED           55,181.43
  UNSECURED            620.29

Date: 06/07/2023                                                        /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com